
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRE'VELLE CROCKETT,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>CHARLES WILLIAMS,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 13-5077-AG (OP)<br><br>ORDER RE: VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO FED. R. CIV. P. 41(a)(1) |

# I.
# **PROCEEDINGS**

On July 16, 2013, Bre'Velle Crockett ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"). (ECF No. 1.) On November 22, 2013, Respondent filed a Motion to Dismiss the Petition for lack of subject matter jurisdiction and failure to state a claim for relief. (ECF No. 11.) On February 28, 2014, Petitioner filed an "Opposition to the Respondent['s] Motion to Dismiss." (ECF No. 20.) Although termed an "Opposition," Petitioner requested this Court to withdraw his Petition. (Id. at 1-2.)

## II.

## **DISCUSSION**

Rule 41 of the Federal Rules of Civil Procedure allows for the voluntary dismissal of an action by a plaintiff without prejudice and without a court order before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman Am. Express, Inc., 813 F.2d 1532, 1534 (9th Cir. 1987). Even if the defendant has filed a motion to dismiss, a plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). See Miller v. Reddin, 422 F.2d 1264, 1265-66 (9th Cir. 1970). The dismissal is effective on filing and no court order is required. Id. at 1266. A plaintiff may dismiss either some or all of the defendants-or some or all of his claims-through a Rule 41(a)(1) notice. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987).

As set forth above, on February 28, 2014, Petitioner filed a Request for voluntary dismissal of his Petition. (ECF No. 20.) The Court finds that dismissal of the Petition is warranted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## III.

## **ORDER**

IT IS THEREFORE ORDERED that the Petition is hereby dismissed without prejudice. Fed. R. Civ. P. 41(a)(1), and Judgment shall be entered accordingly.

DATED: March 23, 2014

HONORABLE ANDREW J. GUILFORD
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge