JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRE'VELLE CROCKETT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHARLES WILLIAMS, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 13-5077-AG (OP) <br><br> J U D G M E N T |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 23, 2014

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge